```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSEMARIA CHIARELLA,

                Plaintiff,

       - against -

ANDREW M. SAUL, *Commissioner of the Social Security Administration*,

              Defendant.
------------------------------------------------------------X

20-CV-49 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff's motion for attorneys' fees pursuant to 42 U.S.C. § 406(b) (Dkt. 27) is GRANTED.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated:  June 9, 2021
         New York, New York

Copies transmitted this date to all counsel of record.