UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
R.C.,                                                     :
                                                          :
                              Plaintiff,                  :          20-CV-49 (RWL)
                                                          :
              - against -                                 :
                                                          :          **ORDER**
ANDREW M. SAUL,                                           :
                                                          :
                              Defendant.                  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On February 10, 2026, the Court denied Plaintiff's request to seal the docket sheet. (Dkt. 33.) As the Court noted, all filings containing private and medical information were filed under seal and remain so (as is standard for social security disability cases), but the presumption of public access to the docket sheet was not outweighed by Plaintiff's interest in keeping secret the existence of the case. The deadline for filing any motion for reconsideration was February 24, 2026. Plaintiff did not file any such motion. On March 28, 2026, Plaintiff filed a "renewed request" for the same relief. It is too late to ask for reconsideration; and, in any event, the same reasons that warranted denial before, apply with the same force now. Accordingly, Plaintiff's request to seal the docket is denied. The Court does, however, grant Plaintiff's request for alternative relief to have the case caption on the Court's electronic filing system ("ECF") changed to Plaintiff's initials.

Accordingly, the Clerk of Court is respectfully directed to modify the case caption on ECF by replacing Plaintiff's full name with her initials "R.C."

SO ORDERED.

_____

1

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 31, 2026
        New York, New York

Copies transmitted this date to all counsel of record.